**Order entered November 22, 2021**



## In The
## Court of Appeals
## Fifth District of Texas at Dallas

| | |
|---|---|
| No. 05-21-00621-CR | No. 05-21-00622-CR |
| No. 05-21-00623-CR | No. 05-21-00624-CR |
| No. 05-21-00627-CR | No. 05-21-00628-CR |
| No. 05-21-00629-CR | No. 05-21-00630-CR |
| No. 05-21-00634-CR | No. 05-21-00635-CR |
| No. 05-21-00636-CR | No. 05-21-00637-CR |

**BRANDIE OLIVAREZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 4**
**Dallas County, Texas**
**Trial Court Cause Nos. F18-22537-K, F18-41244-K, F18-45948-K, F19-14122-K, F19-14136-K, F20-22413-K, F20-22447-K, F20-41532-K, F19-40342-K, F20-22421-K, F20-45665-K & F20-45679-K**

### ORDER

Before the Court is Nanette Hendrickson's November 18, 2021 motion to withdraw as counsel for appellant in these appeals. We **GRANT** the motion. We **DIRECT** the Clerk to remove Nanette Hendrickson as appellant's counsel of record.

We **ORDER** the trial court to appoint new counsel to represent appellant in these appeals. We **ORDER** the trial court to transmit a supplemental clerk=s record containing the order appointing new counsel to this Court within **TWENTY DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order to the Honorable Dominique Collins, Presiding Judge, Criminal District Court No. 4; to Christina O'Neil, Senior Staff Attorney Criminal District Courts; to Nanette Hendrickson; and to the Dallas County District Attorney's Office.

We **ABATE** these appeals to allow the trial court to comply with this order. We will reinstate the appeals when we receive the order appointing new counsel or when the Court deems it appropriate to do so.

/s/     DENNISE GARCIA
JUSTICE